# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL ACTION NO. 3:14-CV-01424 |
| v. | (JUDGE CAPUTO) |
| CARRIE F. AKER AND MARIO M. VALENTINE, | |
| Defendants. | |

## ORDER

**NOW**, this 22nd day of January, 2018, **IT IS HEREBY ORDERED** that:

(1) Defendant Valentine's Motion to Suppress (Doc. 57) is **DENIED** in its entirety.

(2) Defendant Aker's Motion to Suppress Physical Evidence (Doc. 61) is **DENIED** in its entirety.

(3) Defendant Aker's Motion to Suppress Statements (Doc. 63) is **GRANTED** in part and **DENIED** in part.

    (a) Specifically, all statements made by Defendant Aker to the Pennsylvania State Police on September 3, 2014 **will be suppressed**. However, all other statements made by Defendant Aker **will not be suppressed**.

(4) Trial will commence with the selection of a jury on **April 17, 2018 at 9:30am** in Courtroom #3 at the Max Rosenn U.S. Courthouse, 197 S. Main Street, Wilkes-Barre, PA 18701.

(5) The Clerk of Court is directed to exclude the period of time between the issuance of this Order and trial pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), and this Order.

                                              /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge