IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : 3:16-CR-206 |
| | : (JUDGE MARIANI) |
| CARRIE F. AKER, | : |
| | : |
| Defendant. | : |

**ORDER**

**AND NOW, THIS 21st DAY OF JULY, 2020**, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Carrie F. Aker's Motion to Reduce Defendant's Sentence (Doc. 121) is **DENIED WITHOUT PREJUDICE**.

_____
Robert D. Mariani
United States District Judge